UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                        :

IN RE WORLD TRADE CENTER LOWER    :   **ORDER SETTING STATUS**
MANHATTAN DISASTER SITE LITIGATION  :   **CONFERENCE**
                                                        :
                                                        :   21 MC 102 (AKH)
                                                        :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The court will hold a status conference on August 19, 2010, at 3:00 p.m. in

Courtroom 14D.


       SO ORDERED.


Dated:      August 19, 2010
              New York, New York

                                              _____
                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10