UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE LOWER MANHATTAN DISASTER  : **ORDER ADJOURNING**
SITE LITIGATION                 : **STATUS CONFERENCE**
:
: 21 MC 102 (AKH)
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference set for Thursday, November 18, 2010, at 2:30pm is adjourned to Friday, December 3, at 1:00pm. The parties shall appear before me in Courtroom 14D.

SO ORDERED

Dated:   November 3, 2010
         New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/10