USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (STRADDLER PLAINTIFFS) | 21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | ORDER |

On June 23, 2010, I entered Case Management Order Nos. 10, 7, and 2 in the 21 MC 100, 21 MC 102, and 21 MC 103 Consolidated Master Dockets, respectively. On October 27, 2010, I extended the potential expiration date of all three Case Management Orders to December 21, 2010. For the reasons stated on the record at the conference held on December 22, 2010, I hereby extend the December 21, 2010 deadline to February 2, 2011.

**SO ORDERED.**

Dated:   December 28, 2010
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge